UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20566-CR-LENARD/GOODMAN

**UNITED STATES OF AMERICA**

        Plaintiff,

vs.

**LIONEL GALLIMORE**,

        Defendant.
_____/

### ORDER ADOPTING AND MODIFYING REPORT AND RECOMMENDATION (D.E. 442) AND DENYING MOTION FOR CLARIFICATION (D.E. 439)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 442), issued on November 2, 2010. In his Report, Magistrate Judge Goodman recommends denial of Defendant Lionel Gallimore's ("Gallimore") Motion for Clarification. Gallimore complains that the Bureau of Prisons has placed him in a more-restrictive confinement based on a state criminal charge included in his pre-sentence investigation report and requests that this Court expunge this charge and/or clarify whether it based its sentencing decision on this charge.

The Report finds that the Court cannot provide the relief sought as a federal court judge may not expunge a state criminal charge. (Report at 2.) Furthermore, the Magistrate notes that the Defendant may not challenge the conditions of his confinement by filing a post-conviction motion in his criminal case. (*Id.* (citation omitted).)

Finally, the Report also provides fourteen (14) days for the parties to file objections. (*Id.* at 3.) To date, no objections to the Report have been filed. Failure to

timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

After an independent review of the Report and record, the Court finds that it no longer has jurisdiction over this criminal case.[1]  Therefore, it cannot grant to Defendant the relief sought in his Motion for Clarification.  Accordingly, it is **ORDERED AND ADJUDGED** that the Report of the Magistrate Judge (D.E. 442), issued on November 2, 2010, is **ADOPTED AND MODIFIED** consistent with this Order and Defendant Lionel Gallimore's Motion for Clarification (D.E. 439), filed on July 28, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2010.

                                                 *[signature]*
                                                 **JOAN A. LENARD**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] On January 27, 2009, the Eleventh Circuit issued its Mandate (D.E. 428) affirming Gallimore's sentence.  Gallimore filed his Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 on November 23, 2009.  *See* Civ. Case No. 09-23541-LENARD/GOODMAN. That action is currently pending.